UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOLANY CALIX, an individual,

    Plaintiff,

v.   Case No: 2:21-cv-673-JLB-MRM

GV NAPLES OPCO, LLC, d/b/a NAPLES
GREEN VILLAGE, a Florida Limited
Liability Company,

    Defendant.

## ORDER

    Plaintiff has filed a Notice of Voluntary Dismissal with Prejudice.   (Doc. 15.) The Notice is self-executing.   See Fed. R. Civ. P. 41(a)(1)(A)(i); Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).   Accordingly, the Clerk is **DIRECTED** to close the file.

    **ORDERED** at Fort Myers, Florida, on December 7, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE